```
1  BENJAMIN B. WAGNER
   United States Attorney
2  DAVID L. GAPPA
   Assistant U.S. Attorney
3  U.S. Attorney's Office
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:03-mj-2027 SMS |
|---|---|---|
| | ) | (was MG-03-2077-SMS) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MOTION TO DISMISS COMPLAINT; |
| | ) | **ORDER** |
| ROBERT TOMASSON, | ) | |
| | ) | |
| Defendant. | ) | |

Under Rule 48(a) of the Federal Rules of Criminal Procedure, the United States moves for an order dismissing the criminal complaint. The primary investigating agency has taken steps to remove the outstanding warrant from the National Crime Information Center. The interests of justice, at this time, would best be served by having the court dismiss the pending criminal complaint and recalling the related arrest warrant.

                                      Respectfully submitted,

                                      BENJAMIN B. WAGNER
                                      United States Attorney

Dated: April 12, 2013                  By: /s/ David L Gappa
                                        DAVID L. GAPPA
                                        Assistant U.S. Attorney

1

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>ROBERT TOMASSON,<br><br>        Defendant. | Case No. 1:03-mj-2027 SMS<br>(was MG-03-2077-SMS) |

ORDER

    Under Rule 48(a) of the Federal Rules of Criminal Procedure, the United States has moved for an order dismissing the criminal complaint in the above-captioned action. It is hereby ORDERED that the criminal complaint is dismissed and the related arrest warrant is recalled.

    IT IS SO ORDERED.

Dated:   May 16, 2013                /s/ **Barbara A. McAuliffe**
                                              UNITED STATES MAGISTRATE JUDGE